UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKVIEW EDGE PROPERTIES, LLC, | No. 2:15-cv-00003-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| RICHARD JOHN DICKSON, | |
| Defendant. | |

      This action was referred to the undersigned pursuant to Local Rule 302(c)(21).  On January 19, 2015, plaintiff filed a motion to remand.  ECF No. 5.  That motion was superseded by an amended motion to remand properly noticed before the undersigned on January 20, 2015.  ECF No. 8.  No opposition to the motion to remand has been filed.

      Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen (14) days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of February 18, 2015, is vacated. Hearing on defendant's amended motion to remand, ECF No. 8, is continued to March 4, 2015, at 10:00 a.m. in Courtroom No. 26.

2. Plaintiff shall file opposition, if any, to the amended motion to remand no later than February 18, 2015. Failure to file an opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be remanded.

DATED: February 6, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE