UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKVIEW EDGE PROPERTIES, LLC, | No. 2:15-cv-00003-JAM-AC |
| Plaintiff, | |
| v. | AMENDED ORDER |
| RICHARD JOHN DICKSON, | |
| Defendant. | |

The court's order dated February 9, 2015 (ECF No. 9) is hereby amended as follows:

Defendants shall file an opposition, if any, to the motion to remand no later than February 18, 2015. Failure to file an opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be remanded.

The continued hearing date of March 4, 2015, is confirmed.

DATED: February 10, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1